**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**GEORGE PAULK, JR.,**

       **Plaintiff,**

-vs-                                 **Case No. 6:13-cv-1858-Orl-28KRS**

**CITY OF ORLANDO, ORANGE COUNTY HOUSING AUTHORITY,**

       **Defendants.**

_____

# ORDER

This case is before the Court on Plaintiff's Motion to Proceed In Forma Pauperis (Doc. No. 2) and Motion for the Appointment of Counsel (Doc. No. 3), both filed on November 29, 2013. The United States Magistrate Judge has submitted a report recommending that the Motion to Proceed In Forma Pauperis be denied without prejudice and the Motion for Appointment of Counsel be denied.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed December 30, 2013 (Doc. No. 6) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Motion to Proceed In Forma Pauperis (Doc. No. 2) is **DENIED without prejudice**.

     3.     Plaintiff's Complaint is **DISMISSED without prejudice**. Plaintiff is granted leave to file, within fourteen (14) days from the date of this Order, an Amended Complaint and an amended Motion to Proceed In Forma Pauperis.

     4.     Plaintiff's Motion for Appointment of Counsel (Doc. No. 3) is **DENIED**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 17th day of January, 2014.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party