UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

GEORGE PAULK, JR.,

        Plaintiff,

-vs-                                  Case No. 6:13-cv-1858-Orl-28KRS

CITY OF ORLANDO, ORANGE COUNTY
HOUSING AUTHORITY,

        Defendants.

## ORDER

This case is before the Court on Plaintiff's Amended Motion to Proceed In Forma Pauperis (Doc. No. 14) filed February 19, 2014. The United States Magistrate Judge has submitted a report recommending that the motion be denied without prejudice and the Amended Complaint be dismissed without prejudice.

After an independent *de novo* review of the record in this matter, and consideration of Plaintiff's Objection to the Report and Recommendation (Doc. No. 18), Plaintiff's Objection is **OVERRULED**. The Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed March 3, 2014 (Doc. No. 15) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    Plaintiff's Amended Motion to Proceed In Forma Pauperis (Doc. No. 14) is **DENIED without prejudice**.

3. Plaintiff's Amended Complaint (Doc. No. 13) is **DISMISSED without prejudice**.

4. Plaintiff may file a Second Amended Complaint and Second Amended Motion to Proceed in Forma Pauperis within fourteen (14) days from the date of this Order. The Second Amended Complaint must set forth allegations sufficient to state a cause of action as required by case law, relevant statutes, and rules of procedure, direction for which has been provided in the Reports and Recommendations issued by the Magistrate Judge (Doc. Nos. 6, 15).

5. Failure to file a Second Amended Complaint within the time allowed herein, will result in the dismissal and closure of this case without further notice.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 21st day of March, 2014.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party