**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**GEORGE PAULK, JR.,**

       **Plaintiff,**

**-vs-**                                **Case No. 6:13-cv-1858-Orl-28KRS**

**CITY OF ORLANDO, ORANGE COUNTY**
**HOUSING AUTHORITY,**

       **Defendants.**
_____

# ORDER

This case is before the Court on Plaintiff's Second Amended Complaint and Second Motion for Leave to Proceed (Forma Pauperis) (Doc. No. 22) filed April 3, 2014. The United States Magistrate Judge has submitted a report recommending that the motion be denied and the Second Amended Complaint be dismissed.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed April 25, 2014 (Doc. No. 23) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Second Motion to Proceed (Forma Pauperis) (Doc. No. 22) is **DENIED**.

3. Plaintiff's Second Amended Complaint (Doc. No. 21) is **DISMISSED**.

4.	The Clerk of the Court is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 14th day of May, 2014.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:
United States Magistrate Judge
Counsel of Record
Unrepresented Party